United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 2, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-20816
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANK FRED MATHEWS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:06-CR-114
--------------------

Before HIGGINBOTHAM, WIENER, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Frank Fred
Mathews raises arguments that are foreclosed by United States v.
Daugherty, 264 F.3d 513, 518 (5th Cir. 2001), which rejected a
Commerce Clause challenge to the felon-in-possession-of-a-firearm
statute, 18 U.S.C. § 922(g).  The Government's motion for summary
affirmance is GRANTED, and the judgment of the district court is
AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.